UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tingting HUANG,<br><br>                      Petitioner,<br><br>v.<br><br>Todd ARCHAMBEAULT, et al.,<br><br>                      Respondents. | Case No.:  26-cv-2152-AGS-DDL<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

Petitioner Tingting Huang seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. The "government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." (ECF 6, at 2.) Given respondents' concession, the Court **GRANTS** the petition and orders that petitioner receive such a bond hearing by April 27, 2026. All pending deadlines and hearings are vacated, and the motion for a temporary restraining order is denied as moot. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  April 13, 2026

_____
Hon. Andrew G. Schopler
United States District Judge